B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Utah | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Infinia Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**91-1319589** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**300 West 12th Street**<br>**Ogden, UT**<br>ZIP Code **84404** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Weber** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."  ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Infinia Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Infinia Corporation** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**George B. Hofmann 10005**
Printed Name of Attorney for Debtor(s)

**Parsons Kinghorn Harris, PC**
Firm Name

**111 E. Broadway, 11th Floor**
**Salt Lake City, UT 84111**

_____
Address

**801-363-4300  Fax: 801-363-4378**
Telephone Number

**September 17, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael Ward**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 17, 2013**
Date

---

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### District of Utah

In re    **Infinia Corporation**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct
to the best of my knowledge.

Date:    **September 17, 2013**

**Michael Ward/President**
Signer/Title

3TIER INC
2001 6TH AVE SUITE 2100
Seattle, WA 98121

A COMPANY INC
PO BOX 5702
BOISE, ID 83705

A-L COMPRESSED GASES INC
4230 EAST TRENT AVENUE
SPOKANE, WA 99202

AAP AUTOMATION INC
PO BOX 2003
ENGLEWOOD, CO 80110

AAVID ACQUISITION INC (AAVID THERMALLOY
70 COMMERCIAL STREET SUITE 200
CONCORD, NH 03301

ABBOTT WORKHOLDING PROD INC
430 MCCALL ROAD
MANHATTAN, KS 66502

ABC PLUMBING
101 SPRING STREET
PUEBLO, CO 81003

ADAMS FENCE LLC
503 W WATKINS
PHOENIX, AZ 85003

ADECCO (WIRE)

ADP INTERNATIONAL (WIRE)
ABN AMRO ROTTERDAM
IBAN NL94RBNOS0515086088

ADR PACKAGING LC
PO BOX 618
Pleasant Grove, UT 84062

AE SMITH ASSOCIATES
EDWARD SWEEENEY
PO BOX 20767
NEW YORK, NY 10021-0075

AFFINITY CARE INC
1275 RAMSEY STREET
SUITE 100
SHAKOPEE, MN 55379

AIR LIQUIDE AMERICA SPECIALTY GASES LLC
PO BOX 95198
Chicago, IL 60694-5198

AIR LIQUIDE US LP (BULK)
PO BOX 95198
CHICAGO, IL 60694

ALAN D VAN LEER
1119 W 950 N
CLEARFIELD, UT 84015

ALAN W CAMPBELL
905 W 1075 S
BRIGHMAN CITY, UT 84302

ALLIED ELECTRONICS INC
ACCOUNTS RECEIVABLE DEPT
PO BOX 2325
FORT WORTH, TX 76113-2325

ALLIED WIRE & CABLE INC
PO BOX 26157
COLLEGEVILLE, PA 19426

AMERICAN BLASTING &REFINISHING INC
4111 S. 5100 W
HOOPER, UT 84315

AMERICAN EXPRESS
P O BOX 650448
DALLAS, TX 75265

AMERICAN II ELECTRONICS INC
PO BOX 21355
SAINT PETERSBURG, FL 33742

AMPHENOL TECHNICAL PRODUCTS INTL CO
2110 NORTE DAME AVE.
WINNIPEG, MANITOBA
CANADA      R3H-OK1

ANAHEIM AUTOMATION INC
910 E ORANGEFAIR LANE
ANAHEIM, CA 92801

Anaheim Automation Inc.
910 W. Orangefair Lane
Anaheim, CA 92801

ANAMET INC
26102 EDEN LANDING ROAD
SUITE 3
HAYWARD, CA 94545-3811

ANIXTER INC
PO BOX 847428
DALLAS, TX 75284

ANSYS INC
275 TECHNOLOGY DR
CANONSBURG, PA 15317

AOP TECHNOLOGIES
ATT : A/R
301 30TH ST. NE, SUITE 112
AUBURN, WA 98002

AOP TECHNOLOGIES
ATT : A/R
301 30TH ST. NE, SUITE 112
AUBRUN, WA 98002

Apricum
Spittelmarkt 12
10117 Berlin GERMANY

APRICUM (WIRE)

AREA 51 ESG INC
51 POST
IRVINE, CA 92618

ARGENT INTERNATIONAL INC
41016 CONCEPT DRIVE
PLYMOUNT, MI 48170

ARGYLE WELDING SUPPLY
PO BOX 6889
ALBUQUERQUE, NM 87197

ARNOLD MACHINERY COMPANY
PO BOX 30020
SALT LAKE CITY, UT 84130

ARROW ELECTRONICS INC
13469 COLLECTIONS CTR DR
CHICAGO, IL 60693-0134

ARW ENGINEERS
1594 W PARK CIRCLE
OGDEN, UT 84404

ASE ENGINEERING
3915 S HWY 23
WELLSVILLE, UT 84339

ASSOCIATED PACKAGING INC
435 CALVERT DRIVE
GALLATIN, TN 37066

ASSOCIATED SPRING
BARNES GROUP INC
PO BOX 223023
PITTSBURGH, PA 15251-2023

Associated Spring Barnes Group
PO BOX 223023
Pittsburgh, PA 15251

AT CONFERENCE
ACCOUNTS RECEIVABLE
P.O. BOX 2939
SOUTHAMPTON, NY 11969

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATL Technology LLC
1385 W. 1650 N.
Springville, UT 84663

ATL TECHNOLOGY LLC
1335 W 1650 N
SPRINGVILLE, UT 84663

Atlas Global Investment Management LLP
13 Hanover Square, 8th Floor
LONDON W1HN, UNITED KINGDOM

ATLAS MATERIAL TESTING
P.O. BOX 95664
CHICAGO, IL 60694

ATLASSIAN PTY LTD (wire)
375 ALABAMA STREET
San Francisco, CA 94110

ATS INDUSTRIAL SUPPLY
2780 W DIRECTORS ROW
SALT LAKE CITY, UT 84125

AUTOLIV ASP INC
250 AMERICA WAY
BRIGHAM CITY, UT 84302

AVIS RENT A CAR SYSTEM INC
7876 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

AVNET
AVNET ELECTRONICS MARKETING
2211 SOUTH 47TH STREET
PHOENIX, AZ 85034

AYALA MACHINING LLC
PO BOX 6796
LOGANP, UT 84341

BAND-IT-IDEX INC
PO BOX 96401
CHICAGO, IL 60693

BEAMSPEED INTERNET SERVICE
2481 E PALO VERDE ST
YUMA, AZ 85365

BEKAERT CORPORATION
PO BOX 101280
ATLANTA, GA 30392-1280

BENTON COUNTY TREASURER
PO BOX 630
PROSSER, WA 99350-0630

BENTON PUD
2721 W TENTH AVENUE
PO BOX 6270
KENNEWICK, WA 99336

BINGHAM MACHINE COMPANY (BIMCO INC)
1121 S 2475 W
SALT LAKE CITY, UT 84104

BLUE HILLS TRANSPORT LLC
10785 W 12800 N
TREMONTON, UT 84337

BOYER BDO L C
90 SOUTH 400 WEST SUITE 200
ACCT 00002722 1, LEASE 673-003854
SALT LAKE CITY, UT 84101

BUHRKE INDUSTRIES LLC
511 W ALGONQUIN ROAD
ARLINGTON HEIGHTS, IL 60005

C&H TECHNOLOGY INC
6121 BAKER ROAD #108
MINNETONKA, MN 55345

CABLE ORGANIZER.COM, LLC
6250 NW 27TH WAY
FORT LAUDERDALE, FL 33309

CALLTOWER INC
2270 CORPORATE CIRCLE STE 110
HENDERSON, NV 89074

CAPITOL FINANCIAL STRATEGIES LLC (INTERL
1600 WILSON BLVD STE 1210
ARLINGTON, VA 22209

CARL ZEISS INDUSTRIAL METROLOGY LLC
25065 NETWORK PLACE
CHICAGO, IL 60673-1250

CASCADE NATURAL GAS
PO BOX 990065
BOISE, ID 83799-0065

CATE INDUSTRIAL
PO BOX 27073
SALT LAKE CITY, UT 84127

CDW DIRECT LLC
PO BOX 75723
CHICAGO, IL 60675-5723

CENTRAL VALLEY MACHINE INC
1886 N 100 E
LOGAN, UT 84341

CHADBOURNE & PARKE LLP
ATTN: ACCOUNTING DEPT
30 ROCKEFELLER PLAZA
NEW YORK, NY 00112

CHROMA SYSTEMS SOLUTIONS
25612 COMMERCENTRE DRIVE
LAKE FOREST, CA 92630

CITY OF KENNEWICK
210 WEST SIXTH AVENUE
PO BOX 6108
KENNEWICK, WA 99336

COBRA METAL WORKS INC
1140 JANSEN FARM DR
Elgin, IL 60123

Cobra Metal Works Inc.
1140 Jansen Farm Dr.
Elgin, IL 60123

COLDER PRODUCTS
14085 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Comstock Stirling Holdings, LLC
694 Weed Street
New Canaan, CT 06840

Consolidated Electrical -Royal Wholesale
PO BOX 25427
Salt Lake City, UT 84125

CONSOLIDATED ELECTRICAL(ROYAL WHOLESALE)
ROYAL WHOLESALE ELECTRIC
1210 W 3050 S
OGDEN, UT 84401

COOLEY GODWARD KRONISH  LLP
ATTORNEYS AT LAW
101 CALIFORNIA STREET, 5TH FL.
SAN FRANCISCO, CA 94111-5800

CORPORATE EXECUTIVE BOARD
3393 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DAVIS WRIGHT TREMAINE LLP
1201 THIRD AVENUE, SUITE 2200
SEATTLE, WA 98101-3045

DB ROBERTS INC
PO BOX 50363
LOS ANGELES, CA 90074-0363

DELL MARKETING LP
PO BOX 802816
CHICAGO, IL 60680-2816

DEPT OF LABOR & INDUSTRY
PO BOX 34974
SEATTLE, WA 98124-6524

DESIGN TEK TOOL & PLASTIC
1502 W 2650 S
OGDEN, UT 84401

DIAMOND RENTAL INC
4518 S 500W
SALT LAKE CITY, UT 84123

DIGI KEY CORP
PO BOX 250
THIEF RIVER FALL, MN 56701-0250

DISCO ASSOCIATES INC (DIVERSIFIED IND)
4015 S HOWICK STREET
SALT LAKE CITY, UT 84107

DIVCO INC
715 N MADELIA
Spokane, WA 99202

DONGHUNG INDUSTRY CO LTD (WIRE)
#42 AHWA-RISEO-MYUN CITY

DOUGLAS ELECTRICAL COMPONENTS
5 MIDDLEBURY BLVD
RANDOLPH, NJ 07869

DUTRO
675 N 600W STE 2
LOGAN, UT 84321

ELECTRO RENT CORPORATION
PO BOX 514728
LOS ANGELES, CA 90051

ELLIS PRINTING LLC
3077 GRANT AVENUE
OGDEN, UT 84401

EN POINTE TECHNOLOGIES SALES INC
PO BOX 514429
Los Angeles, CA 90051

ENCORE METALS USA
P O BOX 640
LYNWOOD, CA 90262

EPUBLISHING INC
5553 N MONITOR
CHICAGO, IL 60630

EVERBANK COMMERCIAL FINANCE INC
DEPT #1608
Denver, CO 80291-1608

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FC BUSINESS INTELLIGENCE (WIRE)

FEDEX
PO BOX 7221
PASADENA, CA 91109-7321

FEDEX FREIGHT
DEPT CH - PO BOX 10306
PALATINE, IL 60055-0306

FEDEX FREIGHT WEST
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

FEDEX TRADE NETWORKS
15704 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

FEDEX TRADE NETWORKS
15704 COLLECTIONS DRIVE
CHICAGO, IL 60693

Fenwick & West LLP
PO BOX 742814
Los Angeles, CA 90074

FENWICK & WEST LLP
PO BOX 742814
LOS ANGELES, CA 90074-2814

FIERO FLUID POWER INC
8675 S 700 W
SANDY, UT 84070

FINCHAM MOBILE STORAGE
ATTN: SHARON/KEN
5601 WILSHIRE NE
ALBUQUERQUE, NM 87113

FLIR COMMERCIAL SYSTEMS INC
LOCKBOX 11115
BOSTON, MA 02211

FOURSLIDE PRODUCTS INC
752 BANGOR RD
NAZARETH, PA 18064

FRAGOMEN, DEL REY, BERNSEN & LOEWY
11238 EL CAMINO REAL, SUITE 100
SAN DIEGO, CA 92130

FREUDENBERG NOK
BOX 73229
CHICAGO, IL 60673

FRONTIER
PO BOX 20550
ROCHESTER, NY 14602-0550

FUJI FIlter Manufacturing Co LTD
2-3-4 Nihobashi Chuo-Ku
TOKYO JP

FUJI FILTER MANUFACTURING CO LTD (WIRE)
2-3-4- NIHONBASHI CHUO-KU
TOKYO 00103-8308

GAGE LAB PRODUCTS INC
6577 S COTONWOOD STREET
SALT LAKE CITY, UT 84107

GARY L THOMPSON INC (ADVENTURES IN ADVER
AIA CORPORATION
PO BOX 31001-1900
PASADENA, CA 91110

GE Capital
PO BOX 31001-0275
Pasadena, CA 91110-0275

GLOBAL TRADE LOGISTICS
1122 S 900 E
PROVO, UT 84606

GOENGINEER INC
1787 EAST FT UNION BLVD SUITE 200
SALT LAKE CITY, UT 84121

GRAINGER
DEPT. 816312482
PO BOX 419267
KANSAS CITY, MO 64141-6267

GREAT WESTERN SUPPLY INC
2626 INDUSTRIAL DR
Ogden, UT 84401

HANSEN BARNETT & MAXWELL P C
5 TRIAD CENTER SUITE 750
SALT LAKE CITY, UT 84180

HAYNES INTERNATIONAL INC
35082 EAGLE WAY
CHICAGO, IL 60678-1350

Haynes International Inc.
35082 Eagle Way
Chicago, IL 60678

HEADCOUNT MANAGEMENT INC
PO BOX 202056
DALLAS, TX 75320-2056

HEILIND ELECTRONICS INC
PO BOX 41117
LOS ANGELES, CA 90074

HENNEFER PLUMBING INC
602 W 3750 N
PLEASANT VIEW, UT 84414

HERITAGE PROPANE
V-1 PROPANE
1219 GIBSON AVE
OGDEN, UT 84404

HOBBS & TOWNE INC
PMB 269
PO BOX 987
Valley Forge, PA 19482

HOLBROOK SERVICE, LLC
1580 S. PIONEER RD.
SALT LAKE CITY, UT 84104

HOLLAND & KNIGHT LLP
PO BOX 864084
ORLANDO, FL 32886

HYDRAPAK SEALS INC
3532 W GALAZY PARK PLACE
WEST JORDAN, UT 84088

IGUS INC
PO BOX 14349
EAST PROVIDENCE, RI 02914

IMAGECRAFT CREATIONS INC DBA IMAGECRAFT
2625 MIDDLEFIELD RD #685
PALO ALTO, CA 94306

INDUSTRIAL SUPPLY CO
PO BOX 30600
Salt Lake City, UT 84130

INOVAR INC
1073 WEST 1700 NORTH
LOGAN, UT 84321

INSPEED.COM LLC
10 HUDSON ROAD
SUDBURY, MA 01776

INTEGRATED ENTERPRISES (INSTRUMENT CONTR
1780 W 2300 S
WEST VALLEY CITY, UT 84119

INTERTEK TESTING SRVC NA INC
PO BOX 405176
ATLANTA, GA 30384-5176

Intertek Testing Srvc NA Inc.
PO BOX 405176
Atlanta, GA 30384

JAB WIRELESS INC (SKYBEAM)
SKYBEAM
PO BOX 2948
OMAHA, NE 68103

JAG EXAM SERVICES
924 24TH ST STE 1
OGDEN, UT 84401

JAMS
PO BOX 512850
LOS ANGELES, CA 90051

JD MACHINE INC
2744 N PARKLAND BLVD
OGDEN, UT 84404

JESSES LAWN MAINTENANCE
6418 W DESCHUTES AVE
KENNEWICK, WA 99336

JOHNSON BROS METAL FORMING CO
5520 MCDERMOTT DR
BERKELEY, IL 60163

JOSEPH T RYERSON
24487 NETWORK PLACE
CHICAGO, IL 60673-1244

JRD PROPERTIES WATERBURY
146 HUNTINGDON AVENUE
WATERBURY, CT 06708

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA 98104-1158

KARR TUTTLE CAMPBELL INC
1201 3RD AVENUE, SUITE 2000
SEATTLE, WA 98101-3028

KIHM METAL TECHNOLOGIES INC
3021 E ST RD 42
BRAZIL, IN 47834

KRISTY'S QUALITY CLEANING
707 2ND STEET
OGDEN, UT 84404

KUEHNE & NAGEL  INC
PO BOX 894252
LOS ANGELES, CA 90189-4252

LADD INDUSTRIES
26449 NETWORK PLACE
CHICAGO, IL 60672

LARGE SCALE SOLAR ASSOCIATION
2501 PORTOLA WAY
SACRAMENTO, CA 95818

LE SUEUR INCORPORATED
1409 VINE STREET PO BOX 149
LE SUEUR, MN 56058

Leanwerks LLC
1719 E. 2800 S.
Units 101 & 102
Ogden, UT 84401

LEANWERKS LLC
1719 W 2800 S
UNITS 101 & 102
Ogden, UT 84401

LESLIE BOEHM SHOE STORES INC
REDWING SHOE STORE
1067 W RIVERDALE RD
OGDEN, UT 84405

LIBERTY CONTRACTING CO LLC
5577 SUGARCREEK RD
PRESTON, ID 83263

LOGMEIN  INC
BOX 83308
WOBURN, MA 01813

LOWES BUSINESS ACCOUNT
PO BOX 530970
ATLANTA, GA 30353-0970

LUCAS MILHAUPT INC
5656 S PENNSYLVANIA AVE
CUDAHY, WI 53110

MACABE ASSOCIATES INC.
6031 CALIFORNIA AVE SW
SUITE B
SEATTLE, WA 98136

Machine Laboratories LLC
PIOS DOVOSOPM
8040 BOND ST LENEXA
Overland Park, KS 66214

MACHINE LABORATORIES LLC
ST. LOUIS DIVISION
8040 BOND ST.
LENEXA, KS 66214

MADDOX AIR COMPRESSOR INC
2844 COMMERCE WAY
OGDEN, UT 84401

MagicAll Inc.
PO BOX 3730
Camarillo, CA 93011-3730

MAILROOM FINANCE INC (HASLER)
TOTALFUNDS BY HASLER
PO BOX 30193
TAMPA, FL 33630

MARK TURNER (SALT LAKE VALVE)
IDAHO VALVE & FITTING INC
P O BOX 2946
IDAHO FALLS, ID 83403

MARLIN P JONES & ASSOCIATES INC
PO BOX 530400
LAKE PARK, FL 33403

MARLO PRODUCTS (TONER MAN)
352 N MAIN
KAYSVILLE, UT 84037

MCMASTER CARR SUPPLY CO
P.O. BOX 7690
CHICAGO, IL 60680-7690

MESSE MUNCHEN GMBH
MESSEGELANDE
MUNCHEN

METAL FLOW CORPORATION
11694 JAMES STREET
HOLLAND, MI 49424

METAL POWDER PRODUCTS COMPANY RIDGWAY DI
PO BOX 1800 ATTN 707
SAINT PAUL, MN 55101

MISUMI USA INC
1717 PENNY LANE SUITE 200
ATTN: AR
SSHAUMBURG, IL 60173

MIYACHI UNITEK
PO BOX 30180
LOS ANGELES, CA 90030-0180

MOBILE MINI INC
PO BOX 7144
PASADENA, CA 91109-7144

MOCAP LLC
PO BOX 60351
SAINT LOUIS, MO 63160

MONTE CHARLES WADE
3787 N 2800 W
FARR WEST, UT 84404

MOON SECURITY SERVICE INC
PO DRAWER B
515 WEST CLARK STREET
PASCO, WA 99302

MOORE GOOD IDEAS INC
1996 ALLISON WAY
SYRACUSE, UT 84075

MOSS ADAMS LLP
PO BOX 748369
LOS ANGELES, CA 90074-8369

MOTION INDUSTRIES
PO BOX 98412
CHICAGO, IL 60693

MOUSER ELECTRONICS INC
PO BOX 99319
FORT WORTH, TX 76199-0319

MOYES GLASS AND SUPPLY CORPORATION
1590 WALL AVENUE
OGDEN, UT 84404

MSC
PO BOX 382070
PITTSBURGH, PA 15250-8070

MTR PRODUCTS INC
PO BOX 13565
OGDEN, UT 84412

NATIONAL INSTRUMENTS CORPORATION
PO BOX 202262
DALLAS, TX 75320-2262

NEOPOST ROCK MOUNTAIN INC (MOUNTAINLAND
180 W 2950 S
SALT LAKE CITY, UT 84115

NEWARK IN ONE
PO BOX 94151
PALATINE, IL 60094-4151

OERLIKON LEYBOLD VACUUM USA INC
25968 NETWORK PLACE
CHICAGO, IL 60673

OGDEN CITY CORPORATION
133 W 29TH ST
ACCOUNT# 27-8483-09
OGDEN, UT 84401

Okanogan Vista LLC
909 N. Kellog Street
Kennewick, WA 99336

OKANOGAN VISTA LLC
909 NORTH KELLOGG STREET
KENNEWICK, WA 99336

OLDCASTLE PRECAST
PO BOX 742387
LOS ANGELES, CA 90074

OLYMPUS AMERICA INC
PO BOX 200183
Pittsburgh, PA 15251-0183

OMEGA ENGINEERING INC
PO BOX 405369
ATLANTA, GA 30384-5369

ONEIDA RESEARCH SERVICES INC
8282 HALSEY RD.
WHITESBORO, NY 13492

OPTIMUM ENERGY PRODUCTS LTD
#333, 11979 - 40 St SE
Calgary, AB T2Z4M3

ORACLE AMERICA INC
PO BOX 44471
SAN FRANCISCO, CA 94144

OUTLAW PARTNERS LLC
PO BOX 160250
BIG SKY, MT 59716

OUTTAHAND INC (THE PACKAGER INC)
1330 GIBSON AVENUE
OGDEN, UT 84404

Pablo Gonzalez dba Pelisol Group
39270 Paseo Padre Parkway #118
Fremont, CA 94538

PACIFIC COAST FLANGE INC
45 STOKES DRIVE
MOUND HOUSE, NV 89706

PADMINI MECHATRONICS(WIRE)


PCB LOAD & TORQUE INC
15839 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

PETERSEN INC
1527 NORTH 2000 WEST
OGDEN, UT 84404

Petersen Inc.
1527 N. 2000 W.
Ogden, UT 84404

PHOTON ENGINEERING LLC
440 S WILLIAMS BLVD #106
Tucson, AZ 85711

PIERBURG PUMP (EURO)


PINKERTON CONSULTING & INVESTIGATION
PO BOX 741398
ATLANTA, GA 30384-1398

PITNEY BOWES PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

PLATT ELECTRIC SUPPLY INC
PO BOX 2858
PORTLAND, OR 97208-2858

PNC Equipment Finance LLC
PO BOX 73843
Cleveland, OH 44193

POWER SERVICE INC
PO BOX 2870
CASPER, WY 82602

PRAXAIR
2301 SE CREEKVIEW DR
ANKENY, IA 50021

PRECISION SOLAR TECHNOLOGIES
10 CAMINO DEL SENADOR
TIJERAS, NM 87059-7631

PRECISION TECHNOLOGY INC
65 WEST CENTURY PARKWAY
SALT LAKE CITY, UT 84115

PRIME FIELD SERVICES
575 W 800 S
SALT LAKE CITY, UT 84101

PRINCE PERELSON & ASSOCIATES
2180 S 1300 E SUITE 350
SALT LAKE CITY, UT 84106

PROCESS SENSORS CORPORATION
113 CEDAR STREET S-1
Milford, MA 01757

PROCESS TECHNOLOGY INC
4084 SOUTH 300 WEST
SALT LAKE CITY, UT 84107

PROCHAIN SOLUTIONS INC
3460 COMMISSION CT.
SUITE 301
LAKERIDGE, VA 22192

PROFESSIONAL PLASTICS INC
2670 COMMERCE WAY
OGDEN, UT 84401

PROTECTIVE INDUSTRIES INC dba MOKON
3013 MOMENTUM PLACE
CHICAGO, IL 60689

PROTRONIX CONTROLS INC
PO BOX 1275
CENTERVILLE, UT 84014

PSC HOLDINGS INC
PO BOX 3069
HOUSTON, TX 77253

QUALITY BUSINESS SYSTEMS INC
6812 185TH AVE. NE
REDMOND, WA 98052

QUALITY PLATING
420 S 500 W
SALT LAKE CITY, UT 84101

RANDY CHRISTIANSEN (FASTLANE COURIER.LLC
PO BOX 22850
SALT LAKE CITY, UT 84122

RELIANCE SPECIALTY PRODUCTS INC
855 MORSE AVENUE
ELK GROVE VILLAGE, IL 60007

RICARDO INC
DETROIT TECHNICAL CENTER
40000 RICARDO DRIVE
VANBUREN TWNSHIP, MI 48111-1641

Richards Sheet Metal Works Inc
2680 Industrial Dr.
Ogden, UT 84404

RICHARDS SHEET METAL WORKS INC
2680 INDUSTRIAL DR
OGDEN, UT 84404

RIOGLASS SOLAR INC
13351 W RIOGLASS SOLAR RD
SUPRISE, AZ 85379

Rioglass Solar Inc.
13351 W. Rioglass Solar Rd
Surprise, AZ 85379

ROCKY MOUNTAIN POWER
1033 NE 6TH AVE
Portland, OR 97256-0001

ROCKY MOUNTAIN RECYCLING LLC
2950 W 900 S
SALT LAKE CITY, UT 84104

ROCKY MOUNTAIN TESTING SOLUTIONS
2758 N 1600 W
OGDEN, UT 84404

ROYAL LANCE CROCKETT
132 EAST 200 SOUTH
HYRUM, UT 84319

RSC EQUIPMENT RENTAL INC
PO BOX 840514
DALLAS, TX 75284

RUSSELL'S TUBE FORMING INC
220 GASOLINE ALLEY
INDPLS, IN 46222

RUST AUTOMATION
PO BOX 367
WEST JORDAN, UT 84084

RYAN HERCO PRODUCTS CORP
3010 N SAN FERNANDO BLVD
BURBANK, CA 91504

SAGER ELECTRICAL SUPPLYCOMPANY INC
DEPT6754
LOS ANGELES, CA 90084-6754

SANDVIK WIRE AND HEATING TECHNOLOGY CORP
495 COMMERCE DRIVE SUITE#7
BUFFALO, NY 14228

Sangsin Precision Co LTD
987-2 GEI SAM=RO WAEGWAM-EUP CHILGOK-GUN
GYEINGBUK KOREA 718-802

SANGSIN PRECISION CO LTD (WIRE)
987-2 GEUMSAN-RI WAEGWAN-EUP
CHILGOK-GUN, GYEONGBUK
KOREA

SBP (Schlaich Bergermann und Prtnr) WIRE
54 WEST 21ST STREET
NEW YORK, NY 10010

SEALCON LLC
14853 E HINSDALE AVE
CENTENNIAL, CO 80112-4240

SEDGWICK CMS
SEDGWICK CMS
PO BOX 5076
MEMPHIS, TN 38101-5076

SERVOMEX COMPANY INC
C/O JP MORGAN CHASE
22198 NETWORK PLACE
Chicago, IL 60673

SHARP TOOL MFG
SHARP TOOL MFG LLC
1169 CENTURY DRIVE
OGDEN, UT 84404

SIERRA INSTRUMENTS INC
5 HARRIS CT  BLDG L
MONTEREY, CA 93940

SKYBEAM INC (DIGIS LLC)
PO BOX 2968
account 8137300050172397
OMAHA, NE 68103

SOFTECH  INC
59 LOWES WAY
SUITE 401
Lowell, MA 01851

SPAL USA INC
1731 SE ORALABOR RD.
ANKENY, IA 50021

SPECTRO PHYSICS INC
1639 WEST 4575 SOUTH
ROY, UT 84067

SPINWELD  INC
W227 N546 WESTMOUND DRIVE
WAUKESHA, WI 53186

Spinweld Inc.
W227 N 546 Westmound Dr.
Waukesha, WI 53186

SPRINT COMMUNICATIONS COMPANY L P
PO BOX 219100
ACCT ID 926970043
KANSAS CITY, MO 64121

SPRINT/NEXTEL
PO BOX 4181
CAROL STREAM, IL 60197-4181

STAPLES ADVANTAGE
DEPT LA
PO BOX 83689
CHICAGO, IL 60696-3689

STATE OF UTAH DEPT OF COMMERCE
PO BOX 146705
SALT LAKE CITY, UT 84114

STROH DIE CASTING CO INC
ACCOUNTS RECEIVABLE
11123 W. BURLEIGH STREET
MILWAUKEE, WI 53222

SUTTON LEASING
3555 EAST FOURTEEN MILE ROAD
STERLING HEIGHTS, MI 48310

TEMPLE UNIVERSITY
P O BOX 824242
PHILADELPHIA, PA 19129

TESTEQUITY LLC
6100 CONDOR DRIVE
MOORPARK, CA 93021

TESTEQUITY LLC
PO BOX 515047
LOS ANGELES, CA 90051-5047

THB INC
95 NORTH 400 WEST
NORTH SALT LAKE, UT 84054

THE FALMER ASSOCIATES, INC DBA FALMER TH
96 SWAMPSCOTT ROAD UNIT #10
SALEM, MA 01970

THERMAGON DBA LAIRD TECHNOLOGIES INC
4707 DETROIT AVE
CLEVELAND, OH 44102

THOMPSON SMITCH CONSULTING GROUP
PO BOX 2192
TACOMA, WA 98401

TIMKEN CORPORATION
PO BOX 751580
CHARLOTTE, NC 28275

TOSHIO SUZUKI (WIRE)
4-21-9 MATSUBARA
SETAGAYA-KU

TRANEX (A DIVISION OF BADGER MAGNETICS)
2350 EXECUTIVE CIRLCE
Colorado Springs, CO 80906

TRANEX A DIVISION OF BADGER MAGNETICS IN
2350 EXCUTIVE CIRCLE
COLORADO SPRINGS, CO 80906

TREASURE FIRE EQUIPMENT INC
2370 N HWY 89
HARRISVILLE, UT 84404

TREASURE VALLEY COFFEE OF UTAH INC
PO BOX 71613
SALT LAKE CITY, UT 84171

TRI CITIES VALVE&FITTING (SWAGELOK)
P.O.BOX 15196
PORTLAND, OR 97293

TRIDEC
7130 W GRANDRIGE BLVD
SUITE A
KENNEWICK, WA 99336-7725

TRIDENT MANUFACTURING INC
440 LAWNDALE DRIVE
SALT LAKE CITY, UT 84115

TRIHEDRAL ENGINEERING LTD
1160 BEDFORD HWY, SUITE 400
BEDFORD, NS B4A1C1

TRINITY FORGE INC
947 TRINITY DRIVE
MANSFIELD, TX 76063

TRS RENTELCO INC
PO BOX 45075
SAN FRANCISCO, CA 94145-0075

TRUE POSITION INC
2004 S PAINTER LANE
WEST HAVEN, UT 84401

TTI INC
PO DRAWER 99111
FORT WORTH, TX 76199-0111

TUBE METHODS INC
PO BOX 460
BRIDGEPORT, PA 19405

TUBULAR STEEL INC
PO BOX 52
SAINT LOUIS, MO 63150

TUV RHEINLAND INDUSTRIAL SOLUTIONS INC
8181 BROADMOOR AVE SE
CALEDONIA, MI 49316

ULTRAFORM INDUSTRIES INC
150 PEYECK COURT
ROMEO, MI 48065

UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNITED PERFORMANCE METALS INC
PO BOX 934502
Atlanta, GA 31193-4502

United Performance Metals Inc.
PO BOX 934502
Atlanta, GA 31193

UPS
LOCKBOX 577
CAROL STREAM, IL 60132-0577

US BANCORP EQUIPMENT FINANCE
PO BOX 790413
ST. LOUISE, MO 63179-0413

US BANK OFFICE EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS, MO 63179-0448

V&F TRANSFORMER CORPORATION
8577 SOLUTION CENTER
Chicago, IL 60677

VALMONT INDUSTRIES INC
PO BOX 310267
DES MOINES, IA 50331

VAN DOORNE

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266

VISTA PRO AUTOMOTIVE LLC
75 REMITTANCE DRIVE
SUITE 6007
Chicago, IL 60675

VWR INTERNATIONAL INC.
PO BOX 676125
DALLAS, TX 75267-6125

WASTE MANAGEMENT OF KENNEWICK INC
PO BOX 541065
LOS ANGELES, CA 90054-1065

WASTE MANAGEMENT OF UTAH
PO BOX 78251
Phoenix, AZ 85062-8251

WATER SPECIALTIES INC
4118 SOUTH 500 WEST
SALT LAKE CITY, UT 84123

Weber County Corporation
2380 Washington Blvd
Ogden, UT 84401

WEBSTER ASSOCIATES INC
2665 SO SANTA FE DR UNINT 5A
DENVER, CO 80223

WENZEL METAL SPINNING INC
LOCKBOX NUMBER 660206
INDIANAPOLIS, IN 46266-0206

WESTERN INDUSTRIAL CERAMICS INC
10725 SW TUALATIN-SHERWOOD RD
TUALATIN, OR 97062

WESTERN TEMPERATURE TECHNOLOGY INC
1363 N 7275 E
Huntsville, UT 84317

WHITEHEAD WHOLESALE ELECTRIC
PO BOX 110
OGDEN, UT 84402

WILLIAM R HAINES
PERFECTION MACHINE & TOOL
P.O. BOX 1514
SPIRIT LAKE, ID 83856

WILLIAMS SCOTSMAN INC
PO BOX 91975
CHICAGO, IL 60693

WPG AMERICAS INC
5285 HELLYER AVE SUITE 150
SAN JOSE, CA 95138

YOKOGAWA CORP OF AMERICA
PO BOX 409220
ATLANTA, GA 30384-9220