B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re **Infinia Corporation**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MagicAll Inc.<br>PO BOX 3730<br>Camarillo, CA 93011-3730 | MagicAll Inc.<br>PO BOX 3730<br>Camarillo, CA 93011-3730 | Trade Debt/Litigation | Disputed | 12,000,000.00 |
| ATL Technology LLC<br>1385 W. 1650 N.<br>Springville, UT 84663 | ATL Technology LLC<br>1385 W. 1650 N.<br>Springville, UT 84663 | Trade Debt | | 564,123.60 |
| Rioglass Solar Inc.<br>13351 W. Rioglass Solar Rd<br>Surprise, AZ 85379 | Rioglass Solar Inc.<br>13351 W. Rioglass Solar Rd<br>Surprise, AZ 85379 | Trade Debt | | 373,772.45 |
| GE Capital<br>PO BOX 31001-0275<br>Pasadena, CA 91110-0275 | GE Capital<br>PO BOX 31001-0275<br>Pasadena, CA 91110-0275 | Bank Lease | | 326,775.67 |
| Okanogan Vista LLC<br>909 N. Kellog Street<br>Kennewick, WA 99336 | Okanogan Vista LLC<br>909 N. Kellog Street<br>Kennewick, WA 99336 | Rent | Disputed | 251,379.00 |
| Richards Sheet Metal Works Inc<br>2680 Industrial Dr.<br>Ogden, UT 84404 | Richards Sheet Metal Works Inc<br>2680 Industrial Dr.<br>Ogden, UT 84404 | Trade Debt | | 192,075.26 |
| Intertek Testing Srvc NA Inc.<br>PO BOX 405176<br>Atlanta, GA 30384 | Intertek Testing Srvc NA Inc.<br>PO BOX 405176<br>Atlanta, GA 30384 | Trade Debt | | 179,289.25 |
| Sangsin Precision Co LTD<br>987-2 GEI SAM=RO<br>WAEGWAM-EUP<br>CHILGOK-GUN<br>GYEINGBUK KOREA 718-802 | Sangsin Precision Co LTD<br>987-2 GEI SAM=RO WAEGWAM-EUP<br>CHILGOK-GUN<br>GYEINGBUK KOREA 718-802 | Trade Debt | | 157,350.20 |
| Fenwick & West LLP<br>PO BOX 742814<br>Los Angeles, CA 90074 | Fenwick & West LLP<br>PO BOX 742814<br>Los Angeles, CA 90074 | Legal Debt | | 131,467.70 |
| Leanwerks LLC<br>1719 E. 2800 S.<br>Units 101 & 102<br>Ogden, UT 84401 | Leanwerks LLC<br>1719 E. 2800 S.<br>Units 101 & 102<br>Ogden, UT 84401 | Trade Debt | | 123,227.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Infinia Corporation**                                                         Case No.
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Performance Metals Inc.<br>PO BOX 934502<br>Atlanta, GA 31193 | United Performance Metals Inc.<br>PO BOX 934502<br>Atlanta, GA 31193 | Trade Debt | | 110,880.00 |
| Petersen Inc.<br>1527 N. 2000 W.<br>Ogden, UT 84404 | Petersen Inc.<br>1527 N. 2000 W.<br>Ogden, UT 84404 | Rent | | 104,485.65 |
| Pablo Gonzalez dba Pelisol Group<br>39270 Paseo Padre Parkway #118<br>Fremont, CA 94538 | Pablo Gonzalez dba Pelisol Group<br>39270 Paseo Padre Parkway #118<br>Fremont, CA 94538 | Trade Debt | | 99,120.00 |
| Apricum<br>Spittelmarkt 12<br>10117 Berlin GERMANY | Apricum<br>Spittelmarkt 12<br>10117 Berlin GERMANY | Trade Debt | | 82,297.29 |
| Associated Spring Barnes Group<br>PO BOX 223023<br>Pittsburgh, PA 15251 | Associated Spring Barnes Group<br>PO BOX 223023<br>Pittsburgh, PA 15251 | Trade Debt | | 78,902.20 |
| PNC Equipment Finance LLC<br>PO BOX 73843<br>Cleveland, OH 44193 | PNC Equipment Finance LLC<br>PO BOX 73843<br>Cleveland, OH 44193 | Bank Lease | | 78,480.98 |
| Weber County Corporation<br>2380 Washington Blvd<br>Ogden, UT 84401 | Weber County Corporation<br>2380 Washington Blvd<br>Ogden, UT 84401 | Personal Property Tax | | 76,610.18 |
| Consolidated Electrical -Royal Wholesale<br>PO BOX 25427<br>Salt Lake City, UT 84125 | Consolidated Electrical -Royal Wholesale<br>PO BOX 25427<br>Salt Lake City, UT 84125 | Trade Debt | Disputed | 68,098.27 |
| FUJI FIlter Manufacturing Co LTD<br>2-3-4 Nihobashi Chuo-Ku<br>TOKYO JP | FUJI FIlter Manufacturing Co LTD<br>2-3-4 Nihobashi Chuo-Ku<br>TOKYO JP | | | 64,752.00 |
| Machine Laboratories LLC<br>PIOS DOVOSOPM<br>8040 BOND ST LENEXA<br>Overland Park, KS 66214 | Machine Laboratories LLC<br>PIOS DOVOSOPM<br>8040 BOND ST LENEXA<br>Overland Park, KS 66214 | | | 63,838.92 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Infinia Corporation**                                    Case No.

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 17, 2013**          Signature  _/s/ Michael Ward_
                                                                         Michael Ward
                                                                       President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.