George Hofmann (10005)
Steven C. Strong (6340)
Victor P. Copeland (13511)
**Parsons Kinghorn Harris**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, Utah  84111
Telephone: (801) 363-4300
gbh@pkhlawyers.com
scs@pkhlawyers.com

Attorneys for
Infinia Corporation

Troy J. Aramburu (10444)
Jeff D. Tuttle (14500)
**Snell & Wilmer L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801) 257-1900
taramburu@swlaw.com
jtuttle@swlaw.com

Attorneys for
PowerPlay Solar I, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re INFINIA CORPORATION, LLC, and POWERPLAY SOLAR I, LLC,<br><br>Debtors. | Jointly Administered under Case No. 13-30688 (WTT)<br><br>Chapter 11<br><br>**THIS DOCUMENT RELATES TO**:<br><br>☐   In re Infinia Corporation<br>☐   In re PowerPlay Solar I, LLC<br>☒   Both Debtors |

**NOTICE TO EQUITY SECURITY HOLDERS OF PROPOSED SALE OF SUBSTANTIALLY ALL OF DEBTORS' ASSETS and NOTICE OF HEARING**

**(Deadline for Objecting to Bid Procedures: October 2, 2013 at noon)**
**(Bid Procedures Hearing Date: October 4, 2013, at 2:00 p.m.)**

**(Deadline for Objecting to Proposed Sale of Substantially All Assets:**
**October 15, 2013**
**(Sale Hearing Date: November 4, 2013 at 2:00 p.m.)**

**PLEASE TAKE NOTICE** that Infinia Corporation ("**Infinia**") and PowerPlay Solar I, LLC (collectively with Infinia, the "**Debtors**"), debtors and debtors in possession in the above-captioned bankruptcy case, through their proposed counsel, have filed a *Motion for Order: (A) Approving Bid Procedures for Sale of Substantially All of Debtors' Assets; (B) Authorizing the Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; (C) Waiving the 14-Day Stay Otherwise Applicable Under Bankruptcy Rules 6004 and 6006; and (D) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "**Motion**").

A copy of this motion is served with this notice. Additional copies also may be obtained by sending a written request to George Hofmann: by mail to 111 East Broadway, 11th Floor, Salt Lake City, UT 84111; or by e-mail to gbh@pkhlawyers.com.

**YOUR RIGHTS MAY BE AFFECTED.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested in the Motion, then you or your lawyer must:

(1)    on or before October 2, 2013 at noon if you object to the bid procedures proposed in the Motion or, on or before October 15, 2013 if you object to the proposed sale in the Motion, file with the Bankruptcy Court a written objection to the Motion, explaining your position, at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before October 2, 2013 at noon (for an objection to bid procedures) or on or before October 15, 2013 (for an objection to the proposed sale).  You also must mail a copy to the Debtors' counsel at:

> George Hofmann            Troy J. Aramburu
> Parsons Kinghorn Harris, P.C.    Snell & Wilmer L.L.P.
> 111 East Broadway          15 West South Temple
> 11th Floor                 Suite 1200
> Salt Lake City, UT 84101    Salt Lake City, Utah  84101

**and**

(2)    attend the hearing on the Motion that pertains to your objection, which is set for October 4, 2013 at 2:00 p.m. regarding bid procedures, and November 4, 2013 at 2:00 p.m. regarding the sale, both in Courtroom 376, United States Bankruptcy Court, 350 South Main Street, Salt Lake City, Utah

    84101.  **Failure to attend the pertinent hearing will be deemed a waiver of your objection.**

    If you or your attorney do not take both of the above-described steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion, and may enter an order granting that relief.

Dated:    September 25, 2013.

                                                  **PARSONS KINGHORN HARRIS**
                                                  *A Professional Corporation*

                                                  /s/ Steven C. Strong
                                                  GEORGE HOFMANN
                                                  STEVEN C. STRONG
                                                  VICTOR P. COPELAND

                                                  Attorneys for Infinia Corporation