KIM R. WILSON (3512)
DAVID L. PINKSTON (6630)
P. MATTHEW COX (9879)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Ally Financial, Inc. fka GMAC, Inc.
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Jointly Administered under Bankruptcy No. 13-30688 WTT |
|---|---|
| INFINIA CORPORATION AND POWERPLAY SOLAR I, LLC, | (Chapter 11) |
| Debtors. | OBJECTION TO CURE AMOUNTS, FUTURE PERFORMANCE, AND PROPOSED ASSUMPTION AND ASSIGNMENT AND MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES |
| | **This document relates to Both Debtors** |

Creditor and Party in Interest, Ally Financial, Inc. fka GMAC, Inc. ("Ally Financial"), pursuant to 11 U.S.C. §365, hereby objects to the Debtors' proposed cure amounts, future performance, proposed assumption and assignment, and the Debtors' Motion for an Order Authorizing Assumption and Assignment of Unexpired Leases, contained in its "Motion for Order: (A) Approving Bid Procedures for Sale of Substantially all of Debtors' Assets; (B)

Authorizing the Sale of Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interest; (C) Waiving the 14-Day Stay Otherwise Applicable under Bankruptcy Rule 6004 and 6006; and (D) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Lease [Dkt. No. 10] (the "Motion").

As bases for this objection, Ally Financial states as follows:

1. On or about February 27, 2013, Debtor, Infinia Corporation ("Infinia" or "Debtor"), entered into three separate lease agreements (collectively, the "Leases") for the lease of three 2013 Buick Verano vehicles (collectively, the "Vehicles"). The dealer(s) for each of the vehicles thereafter assigned all three Leases and sold the Vehicles to Ally Financial. The relevant information about each Vehicle and Lease is as follows:

| VIN Number | Account Number | Monthly Payment Under Lease |
|---|---|---|
| 1G4PP5SK4D4134039 | 0249192080879 | $122.72 |
| 1G4PP5SK6D4131336 | 024920076261 | $117.92 |
| 1G4PP5SK4D4228874 | 611919407622 | $104.00 |

2. Each Lease requires the Debtor to obtain insurance on the Vehicles and to provide verification of such insurance. Upon information and belief, the Debtor has not provided Ally Financial with such verification of insurance. Lack of insurance precludes the Debtor from demonstrating adequate assurance of future performance under the Leases.

3. The Creditor has filed Proofs of Claim relating to each of the Leases.

4. As of October 28, 2013, the arrearages owing under the Leases are as follows:

| Account Number | Arrearage Under Lease |
|---|---|
| 0249192080879 | $141.11 |
| 024920076261 | $134.75 |
| 611919407622 | $0 |

2

5.    The actual arrearage amounts differ slightly from the cure amounts set forth in the Notice of the Motion.   Those amounts must therefore be corrected before the Leases may be cured.

6.    Debtors indicate in the Motion that they will subsequently introduce evidence of the purported ability of the proposed assignee to perform under the executory contracts at issue in the Motion.   In the meantime, Ally Financial has not seen such evidence and has no information upon which to determine whether the Debtor or the proposed assignee can, in fact, provide adequate assurances of future performance under the Leases.   As such, since the Debtor has presented no evidence of the adequacy of future performance, Ally Financial objects to the Motion and the assumption and assignment of the Leases.

WHEREFORE, Ally Financial requests that the Court deny the Motion, as to Ally Financial and the three Leases.   Ally Financial reserves the right to modify or amend this Objection, as necessary.

DATED this 28th day of October, 2013.

                SNOW, CHRISTENSEN & MARTINEAU


              By    /s /David L. Pinkston
                Kim R. Wilson
                David L. Pinkston
                P. Matthew Cox
                Attorneys for Ally Financial, Inc. fka
                GMAC, Inc.

CERTIFICATE OF SERVICE

I, David L. Pinkston, attorney for Ally Financial, Inc. fka GMAC, Inc., hereby certify that on the 28th day of October, 2013, I caused to be served a true and correct copy of the foregoing **OBJECTION TO CURE AMOUNTS, FUTURE PERFORMANCE, AND PROPOSED ASSUMPTION AND ASSIGNMENT AND MOTION FOR ORDER AUTHORIZING ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**, Case No. 13-30688 WTT, which was filed electronically, and served upon the following parties in the manner indicated:

    U.S. Trustee    (via ECF)
    405 South Main Street, Suite 300
    Salt Lake City, UT 84111

    Victor P. Copeland    (via ECF)
    111 East Broadway, Suite 1100
    Salt Lake City, UT 84111

    Steven C. Strong    (via ECF)
    111 East Broadway, Suite 1100
    Salt Lake City, UT 84111

    George B. Hofmann    (via ECF)
    111 East Broadway, Suite 1100
    Salt Lake City, UT 84111

    Troy J. Aramburu    (via ECF)
    15 West South Temple, Suite 1200
    Salt Lake City, UT 84101

    J. Thomas Beckett    (via ECF)
    201 South Main Street, Suite 1800
    P.O. Box 45898
    Salt Lake City, UT 84145-0898

5

John T. Morgan                                      (via ECF)
405 South Main Street, Suite 300
Salt Lake City, UT 84111




                                    /s/ David L. Pinkston