**This order is SIGNED.**

**Dated: August 16, 2017**





**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

---

*Prepared and submitted by:*
George Hofmann (10005)
Steven C. Strong (6340)
Patrick E. Johnson (10771)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Email: ghofmann@cohnekinghorn.com
         sstrong@cohnekinghorn.com
         pjohnson@cohnekinghorn.com

*Attorneys for Gil A. Miller, Liquidating Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re INFINIA CORPORATION, and POWERPLAY SOLAR I, LLC, <br><br> Debtors. | Jointly Administered under Case No. 13-30688 (WTT) <br><br> Chapter 11 |

**ORDER APPROVING TRUSTEE'S SETTLEMENT WITH RICHARD SHORTEN
AND SILVERMINE CAPITAL RESOURCES, LLC**

_____

The matter before the Court is the Trustee's Motion for Approval of Settlement

with Richard Shorten and Silvermine Capital Resources, LLC [Docket No. 939] (the

"Motion") filed by Gil A. Miller as liquidating trustee (the "Trustee") of the bankruptcy

estate (the "Estate") of Infinia Corporation (the "Debtor"). The Motion seeks approval of

the Trustee's settlement agreement (the "Agreement") with Richard Shorten ("Shorten")

{00342911.DOCX /}

and Silvermine Capital Resources, LLC ("Silvermine" and, together with Shorten, the

"Defendants"), a copy of which is attached to the Motion as Exhibit 1 thereto. The

Agreement resolves disputes between the Trustee and the Defendants regarding the

Trustee's preferential transfer claims against the Defendants, as well as related issues.

It appears from the Notice of Trustee's Motion for Approval of Settlement with Richard

Shorten and Silvermine Capital Resources, LLC and Notice of Hearing [Docket No. 940]

(the "Notice") and the Certificate of Service [Docket No. 943] on file relating to the

Motion that proper notice was served upon all parties in interest.  The Notice directed

that any responses to the Motion be filed by no later than August 14, 2017.  No

responses were filed.

After reviewing the Motion and such other matters of record as the Court deems

appropriate, the Court finds that it has jurisdiction to hear and determine this matter, that

notice of the Motion was adequate and proper, and that the Trustee has established

good cause for granting the relief sought in the Motion.

Accordingly, THE COURT HEREBY ORDERS as follows:

1. The Motion is GRANTED.

2. The Agreement is APPROVED.

3. Shorten shall pay $20,000 (the "Settlement Amount") to the Trustee as

required under and in accordance with the Agreement.

4. Any and all claims the Defendants may have against the Debtors or the

Estate, whether asserted or unasserted, including but not limited to Claim No. 134 filed

by Shorten and any claim the Defendants otherwise might be entitled to assert under 11

U.S.C. § 502(h), are hereby DISALLOWED for all purposes, except that Shorten may retain prior interim distributions received from the Estate totaling approximately $2,340.

5.    The Trustee and the Defendants are authorized and directed to carry out the terms and provisions of the Agreement.

-------------------------------- END OF ORDER --------------------------------

## Designation of Parties to be Served

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:**  I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Troy J. Aramburu    taramburu@swlaw.com, nharward@swlaw.com;docket_slc@swlaw.com
- J. Thomas Beckett    tbeckett@parsonsbehle.com, ecf@parsonsbehle.com; brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
- Mona Lyman Burton    mburton@hollandhart.com, intaketeam@hollandhart.com; slclitdocket@hollandhart.com;lcpaul@hollandhart.com
- James Vincent Cameron tr    Vince.Cameron@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Victor P Copeland    copelandv@ballardspahr.com, saltlakedocketclerk@ballardspahr.com
- Joseph M.R. Covey    calendar@parrbrown.com
- P. Matthew Cox    bankruptcy_pmc@scmlaw.com
- Melyssa D. Davidson    melyssa@morrissperry.com
- Steven W. Dougherty    sdougherty@aklawfirm.com, dhughes@aklawfirm.com
- Jeffrey Erler    jerler@ghjhlaw.com, lwadley@ghjhlaw.com;cboston@ghjhlaw.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com
- Mark R. Gaylord    gaylord@ballardspahr.com, boyntonm@ballardspahr.com;saltlakedocketclerk@ballardspahr.com
- Tammy B. Georgelas    tgeorgelas@parsonsbehle.com
- Matthew A. Gold    courts@argopartners.net
- Thomas E. Goodwin    tgoodwin@parrbrown.com, abreeze@parrbrown.com
- Kenneth B. Grimes    kglawyerslc@yahoo.com, jon@grimeslegalsolutions.com
- Alan D. Halperin
- Tyler M. Hawkins    hawkinst@ballardspahr.com, saltlakedocketclerk@ballardspahr.com;lawsont@ballardspahr.com
- George B. Hofmann    ghofmann@cohnekinghorn.com, dhaney@cohnekinghorn.com;jthorsen@cohnekinghorn.com
- Patrick E Johnson    pjohnson@cohnekinghorn.com, jdannenmueller@cohnekinghorn.com

- Bria E LaSalle Mertens     blmertens@stoel.com, docketclerk@stoel.com
- David H. Leigh     dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- Richard L. Levine     rlevine@nkmlawyers.com, mbramble@nkmlawyers.com
- John T. Morgan tr     john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;
  Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- David L. Pinkston     bankruptcy_dlp@scmlaw.com
- Adam H Reiser     areiser@cohnekinghorn.com
- Chris L. Schmutz     chrisschmutz.pc@gmail.com,
  hillaryschmutz@yahoo.com;r60588@notify.bestcase.com
- Nathan Seim     seim.nathan@dorsey.com, ventrello.ashley@dorsey.com
- David W. Sorensen     david.w.sorensen@irscounsel.treas.gov
- John F. Storz     JStorz@brownrudnick.com
- Steven C. Strong     sstrong@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Steven C. Strong     scs@pkhlawyers.com, jhasty@cohnekinghorn.com
- Earl D. Tanner     earlt@sisna.com
- Richard C. Terry     richard@tjblawyers.com, cbcecf@yahoo.com
- Angelo Thalassinos     athalassinos@gmail.com, egonzalez@brownrudnick.com
- Daniel J. Torkelson     dtorkelson@cohnekinghorn.com
- Jeffrey L. Trousdale     jtrousdale@cohnekinghorn.com,
  nlakey@cohnekinghorn.com
- Jeff D. Tuttle     jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov
- Russell S. Walker     rwalker@wklawpc.com, ckirk@wklawpc.com
- David R. Williams     dwilliams@wklawpc.com, kmacrae@wklawpc.com
- Victor W Zhao     victor.w.zhao@usdoj.gov
- Kim R. x3Wilson     bankruptcy_krw@scmlaw.com


Steven C. Strong

{00342911.DOCX /}                    2